

| | | | |
|---|---|---|---|
| Com. v. Edwards...................... | 2657 EDA 2015<br>Affirmed | 06/09/2016 | CP–51–CR–0209372–<br>1995<br>(Philadelphia) |
| Com. v. Jones........................ | 2813 EDA 2015<br>Affirmed | 06/09/2016 | CP–15–CR–0004523–<br>2007<br>(Chester) |
| In Matter of E.D.W. ................... | 3380 EDA 2015<br>Affirmed | 06/09/2016 | CP–51–DP–0000367–<br>2014<br>(Philadelphia) |
| In Matter of J.C.G.W.................. | 3382 EDA 2015<br>Affirmed | 06/09/2016 | CP–51–DP–0000367–<br>2014<br>(Philadelphia) |
| Com. v. Artz ........................ | 919 MDA 2015<br>Affirmed | 06/09/2016 | CP–21–CR–0003015–<br>2014<br>(Cumberland) |
| Com. v. Kamarer..................... | 1594 MDA 2015<br>Affirmed | 06/09/2016 | CP–22–CR–0000696–<br>2005<br>(Dauphin) |
| Com. v. Hartman .................... | 1800 MDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 06/09/2016 | CP–28–CR–0001212–<br>2014<br>(Franklin) |
| Com. v. Hartman .................... | 1801 MDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 06/09/2016 | CP–28–CR–0001353–<br>2012<br>(Franklin) |
| Com. v. Hartman .................... | 1802 MDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 06/09/2016 | CP–28–CR–0000364–<br>2013<br>(Franklin) |
| Com. v. Hickox ...................... | 1897 MDA 2015<br>Vacated and<br>Remanded | 06/09/2016 | CP–14–CR–0001270–<br>2010<br>(Centre) |
| Com. v. Hartman ........:........... | 2027 MDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 06/09/2016 | CP–28–CR–0000006–<br>2015<br>(Franklin) |
| Com. v. Dixon ....................... | 731 WDA 2015<br>Affirmed | 06/09/2016 | CP–02–CR–0014499–<br>2013<br>(Allegheny) |
| Newman v. DeSalvo................... | 817 WDA 2015<br>Affirmed | 06/09/2016 | No. 1059 of 2011<br>(Lawrence) |
| Com. v. Norman ..................... | 1404 WDA 2015<br>Affirmed | 06/09/2016 | CP–26–CR–0002027–<br>2012<br>(Fayette) |
| Com. v. Arrington [15] ................. | 1423 WDA 2015<br>Affirmed | 06/09/2016 | CP–25–CR–0000027–<br>2005<br>CP–25–CR–0000028–<br>2005<br>(Erie) |

**15.** Petition for reargument denied August 15, 2016.